# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY JO JONES, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 03-0765-CB |
| STATE OF ALABAMA, | ) |
| Respondent. | ) |

## **ORDER**

By order dated December 18, 2006, in Civil Action No. 98-0765-CB, petitioner Beverly Jo Jones was warned that "continued filing of frivolous pleadings in any case in this Court would result in the imposition of sanctions."  On January 16, 2006, petitioner filed yet another frivolous motion, which is hereby **denied**.[1]  Because petitioner continues to strain judicial resources with repeated filings of frivolous pleadings, the Court hereby **sanctions** the petitioner, Beverly Jo Jones, as follows.[2]

Ms. Jones is prohibited from filing anything whatsoever (including–but not limited to-- pleadings, motions, letters, notices and exhibits) in any cases in this Court in which final judgment has been entered and the time for appeal has expired.  Anything submitted for filing in such cases, shall be returned to Ms. Jones immediately by the Clerk of Court.  Ms. Jones is further prohibited from filing any new actions without prior review and approval by the Court.

---

[1] This time petitioner is seeking reconsideration of an order denying motions filed in November 2006 related to a nonexistent appeal of a judgment entered almost in December 2003.

[2] The Eleventh Circuit has recognized that "[f]ederal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *Procup v. Strickland,* 792 F.2d 1069, 1073 (11th Cir. 1986).  This includes the power to sanction or enjoin abusive and vexatious litigants.  *Id.*

If Ms. Jones attempts to file a new action, the Clerk of Court shall forward the proposed complaint to the judge who would be assigned to the next case in rotation.  If, after review, the judge concludes that the proposed complaint meets the applicable pleading and jurisdictional requirements, then the Clerk of Court will be instructed to notify the plaintiff that the complaint will be accepted for filing upon payment of the filing fee or a motion for leave to proceed without prepayment of fees and costs.  If the proposed complaint is not accepted for filing, the Clerk of Court shall retain a copy of the proposed complaint for the Court's records and shall return the original to Ms. Jones along with a notice that it was not accepted for filing.

      **DONE** and **ORDERED** this the 31st day of January, 2007

*s/ Charles R. Butler, Jr*
**Senior United States District Judge**